ACCEPTED
12-13-00241-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/4/2015 1:18:53 PM
CATHY LUSK
CLERK

# ALBERT J. CHARANZA, JR.

## CHARANZA LAW OFFICE, P.C.

412 SOUTH FIRST STREET
POST OFFICE BOX 1825
LUFKIN, TEXAS 75902
PHONE: (936) 634-8568    FAX: (936) 634-0306
alcharanza@consolidated.net
BOARD CERTIFIED-CRIMINAL LAW AND CRIMINAL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

5/4/2015 1:18:53 PM

CATHY S. LUSK
Clerk

May 4, 2015

Cathy S. Lusk, Clerk
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

RE:    Cause No. 12-13-00241-CR, In the Twelfth Court of Appeals, Tyler, Texas
       Trial Court: Cause No. 9953: State of Texas v. James Scott Frels; Appeal

Dear Ms. Lusk:

Pursuant to Rule 48.4, Texas Rules of Appellant Procedure, I have notified James Scott Frels of his right to file a pro-se petition for discretionary review under Rule 68. I am attaching a copy of the U.S. Postal Service certified mail receipt and a copy of the green card which acknowledges that someone signed on behalf of notified James Scott Frels and accepted delivery of the letter.

Please file this letter in the records of the appeal.

Sincerely,

Albert J. Charanza, Jr.

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7006 2760 0000 9143 8067

| | | |
|---|---|---|
| Postage | $ 1.61 | |
| Certified Fee | 3.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.70 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 7.61 | |

Sent To
James Scott Frels #01843329
Street, Apt. No.; or PO Box No.
Rt 2 Box 4400
City, State, ZIP+4
Gatesville Tx 76597

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Scott Frels, TDCJ#01843329
Alfred Hughes
Rt. 2, Box 4400
Gatesville, Texas 76597

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                   4/29/15

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)     7006 2760 0000 9143 8067

PS Form 3811, July 2013          Domestic Return Receipt